UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CECIL ANDREW POPE, § | |
| Plaintiff, § | |
| v. § | No. 3:16-CV-101-B (BF) |
| ANDREW CHATHAM, et al., § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. Objections were filed. The Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objection was made. The objections are overruled.

**IT IS THEREFORE ORDERED** that Defendants Hawk, Smith, D'Amore, Fox, and Lambert's Motion to Dismiss Under Rule 12(b)(6) [ECF No. 27] is **GRANTED**.

**SO ORDERED** this 29th day of November, 2016.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE